```
                                    FILED
                              2008 JUL -9 PM 2: 50
                              CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____VNK_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury  '08 CR 2260 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| FRANCISCO JAVIER CONTRERAS, ) | |
| Defendant. ) | |

The grand jury charges:

On or about May 1, 2008, within the Southern District of California, defendant FRANCISCO JAVIER CONTRERAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CEK:fer:Imperial
7/7/08

1   It is further alleged that defendant FRANCISCO JAVIER CONTRERAS
2  was removed from the United States subsequent to January 21, 2005.
3   DATED: July 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney

2