```
                                              FILED
                                          2008 JUL -9 PM 2:49

                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____KNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2260 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Criminal Case No. _____ |
|                                ) | |
| Plaintiff,                     ) | |
|                                ) | |
| v.                             ) | NOTICE OF RELATED CASE |
|                                ) | |
| FRANCISCO JAVIER CONTRERAS,    ) | |
|                                ) | |
| Defendant.                     ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Francisco Javier Contreras</u>, Criminal Case No. 08CR1754-BEN.

   DATED: July 9, 2008.

                                      KAREN P. HEWITT
                                      United States Attorney

                                      CALEB E. MASON
                                      Assistant U.S. Attorney