```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Criminal Case No. 08cr2260-BEN
                                   )
11              Plaintiff,         )
                                   )  NOTICE OF APPEARANCE
12        v.                       )
                                   )
13  FRANCISCO JAVIER CONTRERAS,    )
                                   )
14              Defendant.         )
    _____    )
15

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead

19  counsel in the above-captioned case.  I certify that I am

20  admitted to practice in this court or authorized to practice under

21  CivLR 83.3.c.3-4.

22        The following government attorneys (who are admitted to

23  practice in this court or authorized to practice under CivLR

24  83.3.c.3-4) are also associated with this case, should be listed

25  as lead counsel for CM/ECF purposes, and should receive all

26  Notices of Electronic Filings relating to activity in this case:

27        Name - "None"

28
```

1      Effective this date, <u>the following attorneys are no longer
2 associated with this case</u> and should <u>not</u> receive any further
3 Notices of Electronic Filings relating to activity in this case
4 (if the generic "U.S. Attorney CR" is still listed as active in
5 this case in CM/ECF, please terminate this association):
6      Please call me if you have any questions about this notice.
7      DATED: July 16, 2008.

8                                    Respectfully submitted,

9                                    KAREN P. HEWITT
                                     United States Attorney
10

11                                   <u>s/Paul S. Cook</u>
                                     PAUL S. COOK
12                                   Assistant United States Attorney
                                     Attorney for Plaintiff
13                                   United States of America
                                     Email: paul.cook@usdoj.gov

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Case No. 08cr2260-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FRANCISCO JAVIER CONTRERAS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

               Candis L. Mitchell
               candis_mitchell@fd.org

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:


the last known address, at which place there is delivery service of mail from the United States Postal Service.
   I declare under penalty of perjury that the foregoing is true and correct.

       Executed on July 16, 2008.

                               s/Paul S. Cook
                               PAUL S. COOK

3